IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:16cr133 |
| ) | |
| CHRISTOPHER ERIC COLQUITT, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR STAY OF RELEASE ORDER AND REVOCATION OF RELEASE ORDER PURSUANT TO 18 U.S.C. § 3145

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Elizabeth M. Yusi, Assistant United States Attorney, respectfully moves this Court to Stay the Order of Release and for the Revocation of the Release Order of CHRISTOPHER ERIC COLQUITT, and states in support of this motion the following:

On September 22, 2016, defendant, CHRISTOPHER ERIC COLQUITT, was indicted by a Federal Grand Jury in the Eastern District of Virginia, Norfolk, for five counts of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and two counts of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). On September 29, 2016, CHRISTOPHER ERIC COLQUITT, was arrested and made his initial appearance. The defendant was held without bond pending his detention hearing which was scheduled for Tuesday, October 4, 2010. After a lengthy detention hearing, Magistrate Judge Douglas Miller released the defendant with conditions. The defendant was detained pending placement of GPS monitoring and other conditions.

Defendant CHRISTOPHER ERIC COLQUITT poses a danger to the community which should preclude him from being granted pretrial release.  As such, the government requests the Court stay the order of release and, upon further briefing, revocation of the release order.  The United States will file a supplemental Motion after the transcript has been received outlining its position in full.  The United States further requests that the case be set for a hearing after such supplemental filing.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Elizabeth Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - elizabeth.yusi@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on October 5, 2016, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jarret McCormick, Esq.
Attorney for Defendant

                                          By:          /s/
                                                      Elizabeth M. Yusi
                                                      Assistant United States Attorney
                                                      Attorney for the United States
                                                      United States Attorney's Office
                                                      101 West Main Street, Suite 8000
                                                      Norfolk, VA 23510
                                                      Office Number - 757-441-6331
                                                      Facsimile Number - 757-441-6689
                                                      E-Mail Address - elizabeth.yusi@usdoj.gov